AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br>Ellison, Keith P. | 2. Court or Organization<br>U. S. District Court Southern District of Texas | 3. Date of Report<br>5/09/05 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  _X_ Annual  ___ Final | 6. Reporting Period<br><br>1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address:<br>515 Rusk Street, Room 8631<br>Houston TX 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Director | Harry A. Blackmun Scholarship Foundation |
| 2 | Director | American-South African Scholarship Association |
| 3 | Secretary | Rhodes Scholarship Selection Committee - District VII |
| 4 | Advisor Director | Houston Achievement Place |
| 5 | Trustee | Trust No. 1 |
| 6 | Trustee | Trust No. 2 |
| 7 | Director | Federal Bar Association - South Texas Chapter |
| 8 | Counselor and Director | Garland Walker Inn - American Inns of Court |

DISCLOSURE FINANCIAL OFFICE
May 16 2 27 PM '05
RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X | NONE (No reportable agreements.) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| X | NONE (No reportable non-investment income.) | |
|---|---|---|
| 1 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | NONE (No reportable non-investment income.) | |
|---|---|---|
| 1 | 2004 | Fulbright & Jaworski, L.L.P. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: I=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,0  ,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 J-P | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 401(K) Savings Plan | E | Div., Int. | P1 | T | | | | | |
| 2 UBS Paine Webber Money Fund | | | | | | | | | |
| 3 -Adams Express Co. Common Stock | | | | | | | | | |
| 4 American Opportunities Mutual Fund | | | | | | | | | |
| 5 Van Kampen Internet Mutual Fund | | | | | | | | | |
| 6 Morgan Stanley Dean Witter IRA Dividend Growth Mutual Fund | A | Div, Int | O | T | | | | | |
| 7 Dean Witter Money Market | | | | | | | | | |
| 8 Van Kampen Internet Mutual Fund | | | | | | | | | |
| 9 Retirement Savings Plan | B | Dividend | L | T | | | | | |
| 10 Spartan U.S. Equity Income | | | | | | | | | |
| 11 Trust #1-Sun Life of Canada Life Insurance Policy | A | Interest | N | T | | | | | |
| 12 Trust #2 - Life Insurance Policies | | None | K | T | | | | | |
| 13 Metropolitan Life Ins. Co. | | | | | | | | | |
| 14 Ohio National Life Ins. Co. | | | | | | | | | |
| 15 Phoenix Home Life Mutual Ins. Co. | | | | | | | | | |
| 16 401(k) Plan - Tax Deferred | D | Div, Int | N | T | | | | | |
| 17 Fidelity Contrafund | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Fidelity Government Income Fund | | | | | | | | | |
| 19 Wells Fargo Bank | A | Interest | J | T | | | | | |
| 20 Wells Fargo Bank | A | Interest | J | T | | | | | |
| 21 Southwest Bank of Texas Checking Account | A | Interest | L | T | | | | | |
| 22 Southwest Bank of Texas Savings Account | A | Interest | M | T | | | | | |
| 23 Federal Thrift Savings Plan | A | Dividend | K | T | | | | | |
| 24 Common Stock Index Investment Fund | | | | | | | | | |
| 25 Fidelity Account | A | Interest | J | T | | | | | |
| 26 Fidelity Municipal Money Market | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date 9 May 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544